DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-12T1, Mortgage Pass-Through Certificates, Series 2007-12T1*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-12T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-12T1,<br><br>Plaintiff,<br><br>v.<br><br>MEISTER PARK HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-01969-GMN-GWF<br><br>**MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE (first request)** |

52390237;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

SFR INVESTMENTS POOL 1, LLC,

        Counter/Cross Claimaint,

v.

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-12T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-12T1; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; a Delaware corporation, as nominee beneficiary for COUNTRYWIDE HOME LOANS, INC.; SORAYA BARNES, an individual;

        Counter/Cross Defendants.

Plaintiff Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-12T1, Mortgage Pass-Through Certificates, Series 2007-12T1 (**BoNYM**) moves to extend the deadline to file dispositive motions by 14 days from March 16, 2020 to **March 30, 2020**. This is the first requested extension.

This action arises out of a Nevada HOA non-judicial foreclosure sale. This case was recently remanded from the Ninth Circuit Court of Appeals. After remand, the court set a March 16, 2020 deadline for dispositive motions. Due to the recent COVID-19 outbreak, plaintiff's counsel is in process of reorganizing and closing its physical office to shifting to remote operations, in addition to addressing other complications, including child care needs from school closures and health care needs of impacted immediate family members. As a result, plaintiff seeks additional time to analyze, prepare and finalize its dispositive motion (if any) in this case.[1]

. . .

. . .

. . .

---

[1] The Meister Park Association agreed to the requested 14-day extension. SFR does not oppose a 7 day extension; however, BoNYM does not believe 7 days is enough time under the circumstances as plaintiff's counsel is still in the process of transitioning to remote operations. Catamount Properties 2018, LLC has identified itself as an intervenor though the filing of it's Motion to Expunge Lis Pendens [ECF No. 101], but it did not seek and was not granted permission to intervene. Accordingly, BoNYM does not believe Catamount is a party to this action capable of agreeing or disagreeing with the extension.

2

52390237;1

Accordingly, good cause exists to extend the current deadline for dispositive motions through and including **March 30, 2020.**

DATED this 16th day of March, 2020.

             **AKERMAN LLP**

             */s/ Darren T. Brenner*
             DARREN T. BRENNER, ESQ.
             Nevada Bar No. 8386
             JAMIE K. COMBS, ESQ.
             Nevada Bar No. 13088
             1635 Village Center Circle, Suite 200
             Las Vegas, NV 89134

             *Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-12T1, Mortgage Pass-Through Certificates, Series 2007-12T1*

## ORDER

**IT IS HEREBY ORDERED** that the above Motion to Extend Dispositive Motion Deadline, (ECF No. 119), is **GRANTED**. The parties are advised that in light of the age of this case, the Court is not inclined to grant any further extensions.

**DATED** this 18 day of March, 2020.

             _____
             Gloria M. Navarro, District Judge
             United States District Court

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

52390237;1