DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, FKA BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-12T1, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-12T1,<br><br>Plaintiff,<br>vs.<br><br>MEISTER PARK HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, INCLUSIVE, AND ROE CORPORATIONS I-X, INCLUSIVE,<br><br>Defendants.<br>AND RELATED CLAIMS | Case No.: 2:16-cv-01969-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR SFR INVESTMENTS POOL 1, LLC TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND REPLY TO PLAINTIFF'S RESPONSE TO SFR'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

SFR Investments Pool 1, LLC ("SFR") and The Bank of New York Mellon, FKA Bank of New York, as Trustee for the Certificateholders of Cwalt, Inc., Alternative Loan Trust 2007-12T1, Mortgage Pass-Through Certificates Series 2007-12T1 ("BNY Mellon") stipulate to allow SFR to extend the deadline to Friday, April 24, 2020 to file its response to BNY Mellon's motion for summary judgment [ECF No. 125] and its reply to BNY Mellon's response [ECF No. 127] to SFR's motion for summary judgment [ECF No. 120].

On March 16, 2020, SFR filed its motion for summary judgment [ECF No. 120], to which

- 1 -

BNY Mellon responded on April 6, 2020 [ECF No. 127]. After obtaining a one-day extension, SFR's reply in support of its motion for summary judgment was due on Tuesday, April 21, 2020 [ECF No. 134]. On March 30, 2020, BNY Mellon filed its motion for summary judgment [ECF No. 125]. After obtaining a one-day extension, SFR's response was due on Tuesday, April 21, 2020 [ECF No. 134]. The technical and other difficulties exacerbated by SFR's counsel working remotely due to COVID-19 were not as easily resolved as counsel expected. SFR requested an additional three days to finalize and file its reply in support of SFR's motion for summary judgment and response to BNY Mellon's motion for summary judgment. BNY Mellon agreed to grant the extension to **Friday, April 24, 2020**. This is the parties second request for an extension of these deadlines. The extension is requested in good faith and is not intended to cause delay or prejudice to any party.

IT IS SO STIPULATED.

Dated this 22nd day of April, 2020.

**AKERMAN LLP**

*/s/ Darren T. Brenner*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for The Bank of New York Mellon, FKA Bank of New York, as Trustee for the Certificateholders of Cwalt, Inc., Alternative Loan Trust 2007-12T1, Mortgage Pass-Through Certificates Series 2007-12T1*

Dated this 22nd day of April, 2020.

**KIM GILBERT EBRON**

*/s/Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

### ORDER

IT IS SO ORDERED.

Dated this 23 day of April, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT