DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-12T1, Mortgage Pass-Through Certificates, Series 2007-12T1*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-12T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-12T1,<br><br>                    Plaintiff,<br>v.<br><br>MEISTER PARK HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>                    Defendants.<br><br>AND ALL RELATED CLAIMS | Case No. 2:16-cv-01969-GMN-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-12T1, Mortgage Pass-Through Certificates, Series 2007-12T1 (**BoNYM**), and Meister Park Homeowners Association (**Meister Park**), hereby stipulate and agree that BoNYM shall have an additional seven (7) days, up to and including **May 11, 2020**, to file its reply in support of its motion for summary judgment, which is

{38615645;1}

currently due on May 4, 2020, pursuant to ECF No. 132. The motion was filed on March 30, 2020, and the response was filed on April 20, 2020.

BoNYM requests this extension to consolidate the briefing to coincide with the deadline to reply to SFR's response, which was filed on April 25, 2020. This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 1st day of May, 2020.

| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON SONG** |
|---|---|
| */s/ Jamie K. Combs*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-12T1, Mortgage Pass-Through Certificates, Series 2007-12T1* | */s/ T. Chase Pittsenbarger*<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>T. CHASE PITTSENBARGER, ESQ.<br>Nevada Bar No. 13740<br>2525 Box Canyon Drive<br>Las Vegas, NV 89128<br><br>*Attorneys for Meister Park Homeowners Association* |

**ORDER**

**IT IS SO ORDERED:**

_____
**Gloria M. Navarro, District Judge**
**UNITED STATES DISTRICT COURT**

DATED this   4   day of May, 2020.

{38615645;1}

2