AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SFR Investments Pool 1, LLC

DEFAULT JUDGMENT IN A CIVIL CASE

v.

Case Number: 2:16-cv-01969-GMN-EJY

Soraya Barnes

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Default Judgment is entered in Favor of Counter-Claimant SFR Investments Pool 1, LLC against Soraya Barnes.

| 11/25/2020 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |
| | /s/ D. Reich-Smith |
| | Deputy Clerk |