WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
alancaster@wrightlegal.net

*Attorney for Plaintiff/Counter-Defendant, The Bank of New York Mellon, fka Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-12T1, Mortgage Pass-Through Certificates Series 12T1*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF NEW YORK MELLON, FKA BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-12T1, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-12T1,<br><br>Plaintiff,<br>vs.<br>MEISTER PARK HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No.: 2:16-cv-01969-GMN-EJY<br><br>**STIPULATION TO HOLD JUDICIAL SETTLEMENT CONFERENCE** |

This Stipulation is entered into by Plaintiff/Counter-Defendant The Bank of New York Mellon, fka Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-12T1, Mortgage Pass-Through Certificates Series 12T1 (**BoNYM**), Defendant/Counter/Cross-Claimant, SFR Investments Pool 1, LLC (**SFR**), Defendant Meister Park Homeowners Association (**HOA**), and Intervenor Defendant Catamount Properties 2018, LLC (**Catamount**) (collectively, the **Parties**), by and through their counsel of record.

1     WHEREAS this dispute arises out of an HOA non-judicial foreclosure sale. The Court has entered an order granting summary judgment on quiet title to SFR [ECF No. 154]. Claims by Bank of New York Mellon against the Meister Park Homeowners Association for violation of the Nevada Deceptive Trade Practices Act remain pending. The parties have agreed that a judicial settlement conference would be beneficial toward bringing this matter to resolution. Therefore, the parties request that the Court order a settlement conference.

    WHEREAS, the parties understand that the Court is currently available the week of August 23, 2021. The parties are as well. The parties also expect Catamount—who purchased the subject property at BoNYM foreclosure sale and appeared in this action—will participate. The parties are available to attend in person or by video.

. . .

|   |   |   |
|---|---|---|
| 1 | THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES THAT | |
| 2 | the parties request and consent to an order from the Court scheduling a judicial settlement | |
| 3 | conference during the week of August 23, 2021. | |
| 4 | DATED this 1st day of July, 2021. | |

| WRIGHT, FINLAY & ZAK, LLP | LEACH KERN GRUCHOW ANDERSON SONG |
|---|---|
| /s/ Darren T. Brenner | /s/ T. Chase Pittsenbarger |
| Darren T. Brenner, Esq. | Sean L. Anderson, Esq. |
| Nevada Bar No. 8386 | Nevada Bar No. 7259 |
| Aaron D. Lancaster, Esq. | T. Chase Pittsenbarger, Esq. |
| Nevada Bar No. 10115 | Nevada Bar No. 13740 |
| 7785 W. Sahara Ave., Suite 200 | 601 South Seventh Street, 2nd Floor |
| Las Vegas, NV 89117 | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff/Counter-Defendant, The Bank of New York Mellon, fka Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-12T1, Mortgage Pass-Through Certificates Series 12T1* | *Attorneys for Defendant, Meister Park Homeowners' Association* |

| KIM GILBERT EBRON | HUTCHISON & STEFFEN, PLLC |
|---|---|
| /s/ Diana S. Ebron | /s/ Brenoch Wirthlin |
| Diana S. Ebron, Esq. | Brenoch Wirthlin, Esq. |
| Nevada Bar No. 10580 | Nevada Bar No. 10282 |
| 7625 Dean Martin Drive, Suite 110 | 10080 W. Alta Dr., Suite 200 |
| Las Vegas, Nevada 89139-5974 | Las Vegas, Nevada 89145 |
| *Attorneys for Defendant/Counter/Cross-Claimant, SFR Investments Pool 1, LLC* | *Attorneys for Intervenor Defendant Catamount Properties 2018, LLC* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 2, 2021