WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
alancaster@wrightlegal.net
*Attorney for Plaintiff/Counter-Defendant, The Bank of New York Mellon, fka Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-12T1, Mortgage Pass-Through Certificates Series 12T1*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF NEW YORK MELLON, FKA BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-12T1, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-12T1,<br><br>Plaintiff,<br>vs.<br>MEISTER PARK HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No.: 2:16-cv-01969-GMN-EJY<br><br>**STIPULATION TO STAY DISCOVERY AND EXTEND BRIEFING ON BoNYM'S MOTION FOR RECONSIDERATION** |

This Stipulation is entered into by Plaintiff/Counter-Defendant The Bank of New York Mellon, fka Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-12T1, Mortgage Pass-Through Certificates Series 12T1 (**BoNYM**), Defendant/Counter/Cross-Claimant, SFR Investments Pool 1, LLC (**SFR**), and Defendant Meister Park Homeowners Association (**HOA**) by and through their counsel of record.

This matter is set for a settlement conference on August 23, 2021. ECF No. 171. Currently,

discovery remains open on BoNYM's claim for violation of the Nevada Deceptive Trade Practices Act against the Meister Park Homeowners Association. BoNYM also recently filed a Motion for Reconsideration of this Court's order granting summary judgment in SFR's favor. ECF No. 167.

In order to preserve party resources and promote the potential for economic resolution of this matter, the parties stipulate and agree that further discovery efforts should between BoNYM and Meister Park Homeowners Association be stayed until after the settlement conferences. If the settlement conference is unsuccessful, BoNYM and Meister Park Homeowners Association will show cause why the stay should continue or submit a new scheduling order to complete any remaining discovery within 14 days from the competition of the conference.

Similarly, the parties stipulate and agree that in the event the settlement conference is unsuccessful, SFR's response to the pending Motion for Reconsideration should not be due until Wednesday, September 22, 2021, which is 30 days after the settlement conference.

DATED this 14th day of July, 2021.

| WRIGHT, FINLAY & ZAK, LLP | LEACH KERN GRUCHOW ANDERSON SONG |
|---|---|
| */s/ Darren T. Brenner* | */s/ T. Chase Pittsenbarger* |
| Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Aaron D. Lancaster, Esq.<br>Nevada Bar No. 10115<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorney for Plaintiff/Counter-Defendant, The Bank of New York Mellon, fka Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-12T1, Mortgage Pass-Through Certificates Series 12T1* | Sean L. Anderson, Esq.<br>Nevada Bar No. 7259<br>T. Chase Pittsenbarger, Esq.<br>Nevada Bar No. 13740<br>601 South Seventh Street, 2nd Floor<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant, Meister Park Homeowners' Association* |

1  KIM GILBERT EBRON

2  */s/ Diana S. Ebron*
   Diana S. Ebron, Esq.
3  Nevada Bar No. 10580
4  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139-5974
5  *Attorneys for Defendant/Counter/Cross-Claimant, SFR Investments Pool 1, LLC*
6

7
   IT IS SO ORDERED:
8

9

10

11  _____
    UNITED STATES MAGISTRATE JUDGE
12

13  DATED: July 15, 2021