UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-12T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-12T1,<br><br>Plaintiff,<br><br>v.<br><br>MEISTER PARK HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:16-cv-01969-GMN-EJY<br><br>ORDER |

Pending before the Court is the belated Stipulation seeking permission for the parties and party representatives to appear at the settlement conference through telephonic means. ECF No. 176. The Stipulation is filed approximately one and one-half days before the settlement conference is set to commence placing the Court in an untenable position. Counsel for the parties should have known, if they did not know, that a stipulation excusing attendance at a Court ordered settlement conference is more properly filed more than one and one half days before that appearance is required (absent an unforeseen event).

The Court finds that the primary dispute in this case is between Bank of New York Mellon and SFR Investments. Representatives of these parties must be made available by video conference, to be arranged and supported by counsel for the respective parties. Representatives of the Homeowners Association and Catamount may appear by telephone.

Accordingly, IT IS HEREBY ORDERED that the Stipulation and Order (ECF No 176) is DENIED.

IT IS FURTHER ORDERED that counsel for all parties shall appear in person for the settlement conference set on August 23, 2021.

IT IS FURTHER ORDERED that counsel for SFR Investments and Bank of New York Melon **shall** bring laptop computers to the settlement conference and **shall** have their respective clients and client representatives, with full settlement authority, available to participate by video throughout the settlement conference proceedings.

IT IS FURTHER ORDERED that counsel for Catamount Properties and Meister Park Homeowners Association **shall** ensure that their respective clients and client representatives, with full settlement authority, are available by telephone throughout the settlement conference proceedings.

Dated this 19th day of August, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE