**LEACH KERN GRUCHOW ANDERSON SONG**
Sean L. Anderson
Nevada Bar No. 7259
E-mail: sanderson@lkglawfirm.com
T. Chase Pittsenbarger
Nevada Bar No. 13740
E-mail: cpittsenbarger@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone:   (702) 538-9074
Facsimile:    (702) 538-9113
*Attorneys for Defendant Meister Park Homeowners' Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-12T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-12T1,<br><br>Plaintiff,<br><br>vs.<br><br>MEISTER PARK HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X inclusive,<br><br>Defendants<br>CATAMOUNT PROPERTIES 2018, LLC<br><br>Defendant In Intervention | Case No.:   2:16-cv-01969-GMN-EJY<br><br>**STIPULATION AND ORDER TO DISMISS** |

---

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Defendant Meister Park Homeowners Association (the "Association"), Plaintiff The Bank of New York Mellon, fka Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-12T1, Mortgage Pass-Through Certificates Series 12T1 ("BoNYM"), Defendant SFR Investment Pool 1, LLC ("SFR"), and Intervenor Defendant Catamount Properties 2018, LLC ("Catamount") by and through their counsel of record hereby stipulate and agree to the dismissal of the remaining claims in this action with prejudice pursuant to the settlement agreement, each party to bear its own attorney's fees and costs[1].

/ / /

/ / /

/ / /

---

[1] Although NAS has not appeared in this action, this stipulation is intended to dismiss The Bank of New York Mellon, fka Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-12T1, Mortgage Pass-Through Certificates Series 12T1's claims against NAS.

This matter is currently set for Telephonic Status Conference on May 11, 2022, regarding the status of the settlement documents and dismissal of this action. The parties request that this be vacated.

Dated this 26th day of April, 2022.

LEACH KERN GRUCHOW ANDERSON SONG

/s/ Sean L. Anderson
Sean L. Anderson
T. Chase Pittsenbarger
2525 Box Canyon Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant Meister Park Homeowners' Association*

Dated this 26th day of April, 2022.

HANKS LAW GROUP

/s/ Karen L. Hanks
Karen L. Hanks
Chantel M. Schimming
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

Dated this 26th day of April, 2022.

WRIGHT FINLAY & ZAK, LLP

/s/ Darren T. Brenner
Darren T. Brenner
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for The Bank of New York Mellon*

Dated this 26th day of April, 2022.

HUTCHISON & STEFFEN, PLLC

/s/ Brenoch R. Wirthlin
John T. Steffen
Brenoch R. Wirthlin
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89146
*Attorneys for Intervenor Defendant*

**IT IS SO ORDERED.**

Dated this __26__ day of April, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT